# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN D. CARSON, Sr., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV417-237 |
| MONSANTO COMPANY, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Plaintiff's unopposed motion to stay the case pending the multidistrict litigation (MDL) court's ruling is **GRANTED**. Docs. 11 & 12; *see In re Roundup Prods. Liab. Litig.*, MDL No. 2741 (N.D. Cal.) (general causation/*Daubert* hearing on overlapping issues set for March 5, 2018). The parties shall submit their Fed. R. Civ. P. 26(f) report within 30 of the filing of that ruling.

**SO ORDERED,** this __6th__ day of March, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA