# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN D. CARSON, SR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV417-237 |
| MONSANTO COMPANY, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is plaintiff's Motion for Extension of Time to Complete Discovery or a Motion to Stay. Doc. 29. Plaintiff seeks an extension of time to disclose his experts so that plaintiff can review additional discovery which has not yet been produced by third-parties. *Id*. Defendant does not object, but requests that the Court institute firm deadlines to avoid further delay. Doc. 30 at 2. Accordingly, the Court **GRANTS IN PART** plaintiff's motion. Plaintiff shall have 90 days from the date of this Order to serve expert witness reports. All other deadlines are likewise extended by 90 days.

**SO ORDERED,** this 29th day of August, 2019.

_/s/ Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA