IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN D. CARSON, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00237-RSB-CLR |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT MONSANTO COMPANY'S INDEX OF EXHIBITS
IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**

Exhibit A – EPA, Office of Pesticide Programs, Letter to Glyphosate Registrants Regarding Labeling Requirements (Aug. 7, 2019)

Exhibit B – Brief for United States as Amicus Curiae Supporting Appellant, *Monsanto Co. v. Hardeman*, No. 19-16636 (9th Cir. Dec. 20, 2019)

Exhibit C – EPA, Pesticide Registration Manual (last updated April 2018)

Exhibit D – EPA, Office of Chemical Safety and Pollution Prevention, Response to the Final Report of the Federal Insecticide, Fungicide, and Rodenticide Act Scientific Advisory Panel (FIFRA SAP) on the Evaluation of the Human Carcinogenic Potential of Glyphosate (Dec. 12, 2017)

Exhibit E – EPA, Glyphosate Proposed Interim Registration Review Decision (April 2019)

Exhibit F – EPA, Office of Prevention, Pesticides, and Toxic Substances, Alkyl Amine Polyalkoxylates (JITF CST 4 Inert Ingredients): Human Health Risk Assessment to Support Proposed Exemption from the Requirement of a Tolerance When Used as Inert Ingredients in Pesticide Formulations (April 3, 2009)

Exhibit G – EPA, Glyphosate: Reregistration Eligibility Decision (R.E.D.) Facts (Sept. 1993)

Exhibit H – EPA, Glyphosate: Reregistration Eligibility Decision (RED) Document (Sept. 1993)

Exhibit I – EPA, Health Effects Division Carcinogenicity Peer Review Committee, Second Peer Review of Glyphosate (Oct. 30, 1991)

Exhibit J – EPA, Office of Pesticide Programs, Glyphosate Issue Paper: Evaluation of Carcinogenic Potential (Sept. 12, 2016)

Exhibit K – EPA, Office of Pesticide Programs, Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential (Dec. 12, 2017)

Exhibit L – EPA, Office of Pesticide Programs, Pesticide Registration Notice 98-10 (Oct. 22, 1998)