IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN D. CARSON, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 4:17-cv-00237-RSB-CLR |
| | ) |
| MONSANTO COMPANY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT MONSANTO COMPANY'S INDEX OF EXHIBITS IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**

Exhibit 1 –  EPA, Glyphosate: Interim Registration Review Decision Case No. 0178 (Jan. 2020)

Exhibit 2 –  Nat'l Res. Defense Council, Comments on Draft Human Health and Ecological Risk Assessment for Glyphosate, EPA-HQ-OPP-2009-0361-0066 (Apr. 30, 2018)

Exhibit 3 –  EPA, Response from the Pesticide Re-evaluation Div. (PRD) to Comments on the Glyphosate Proposed Interim Decision (Jan. 16, 2020)