IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN D. CARSON, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:17-cv-00237-RSB-CLR |
| | ) |
| MONSANTO COMPANY, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Upon consideration of the parties' Joint Motion for Stay Pending Ruling on Monsanto Company's Motion for Judgment on the Pleadings and the record herein, it is hereby ordered that the motion shall be, and hereby is, GRANTED. Further proceedings in this lawsuit are stayed pending a ruling on Monsanto Company's Motion for Judgment on the Pleadings.

SO ORDERED, this 10th day of April, 2020.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia