# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN D. CARSON, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV417-237 |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On December 21, 2020, this Court granted in part and denied in part Defendant Monsanto Company's Motion for Judgment on the Pleadings. Doc. 49. The court further directed the parties to conduct a Rule 26(f) conference no later than January 11, 2021 and submit a report of that conference no later than January 18, 2021. *Id.* at 16. On January 19, 2021, the parties submitted a joint status report indicating that they have been engaged in settlement discussions but request additional time in which to submit their report to the court. Doc. 51. The parties propose that they will "file, by February 18, 2021, a stipulation of dismissal or a joint proposed scheduling order regarding case management deadlines." *Id.*

While the court commends the parties for their efforts to resolve this case by agreement, and will grant the additional time as requested, the court would

be remiss if it did not make two observations.  First, the request for additional time should have been brought by means of a motion as opposed to being contained within a status report.  Second, if the parties are not able to reach a resolution in this case, they should not merely file a "joint proposed scheduling order" but rather a complete Rule 26(f) report as previously directed.  Doc. 49 at 16.  To the extent the parties may require the assistance of the court in consummating a settlement, they are welcome to request a settlement conference with the undersigned.

The parties' request for additional time is **GRANTED**.  The parties shall file their stipulation of dismissal or Rule 26(f) report no later than, February 18, 2021.

**SO ORDERED,** this 26th day of January, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA