IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN D. CARSON, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| ) | 4:17-CV-00237-RSB-CLR |
| v. ) | |
| ) | |
| MONSANTO COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff John D. Carson, Sr. hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the following ruling:

1. The granting of Defendant's Motion for Judgment on the Pleadings as to Count II of Plaintiff's Complaint on federal preemption grounds as contained within the Order of the District Court entered on December 21, 2020.

In light of the District Court's Order dated March 22, 2021 granting Plaintiff's Consent Motion for Leave to Amend Complaint to Eliminate Counts I and III and for entry of Judgment, this Notice of Appeal is timely filed.

This 26th day of March, 2021.

                                                    */s/ Ashleigh R. Madison*
Ashleigh R. Madison
Georgia Bar No. 346027
Attorney for Plaintiff
John D. Carson, Sr.

SOUTHEAST LAW, LLC
1703 Abercorn Street
Savannah, Georgia 31401
912-662-6612 (o)
877-417-2943 (f)
southeastlaw@gmail.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN D. CARSON, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| | ) | 4:17-CV-00237-RSB-CLR |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filling.

This 26th day of March, 2021.

               */s/ Ashleigh R. Madison*
               Ashleigh R. Madison
               Georgia Bar No. 346027
               Attorney for Plaintiff
               John D. Carson, Sr.

SOUTHEAST LAW, LLC
1703 Abercorn Street
Savannah, Georgia 31401
912-662-6612 (o)
877-417-2943 (f)
southeastlaw@gmail.com