AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JOHN D. CARSON, SR.,

     Plaintiff,

             JUDGMENT IN A CIVIL CASE

       **V.**        CASE NUMBER: 4:17-cv-237

MONSANTO COMPANY,

     Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of the Court entered this 22nd day of March 2021, Plaintiff's Consent Motion for Leave to Amend Complaint to Eliminate Counts I and III and for Entry of Final Judgment is granted. Judgment is hereby entered in favor of the Defendant Monsanto Company, with each party to bear its own fees and costs. This case stands closed.

Approved by: _____

March 30, 2021
_____
*Date*

John E. Triplett, Acting Clerk
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020