IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN D. CARSON, SR.,

    Plaintiff,

v.

MONSANTO COMPANY,

    Defendant.

CIVIL ACTION NO.: 4:17-cv-237

**O R D E R**

The Judgment of the Court in the above-styled action having been vacated and remanded by the United States Court of Appeals for the Eleventh Circuit,

**IT IS ORDERED AND ADJUDGED** that the Mandate of the United States Court of Appeals is made the Order of this Court.

**SO ORDERED**, this 22nd day of May, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA