# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 25, 2024

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

    Re:  Monsanto Company
          v. John D. Carson
          Application No. 24A89
          (Your No. 21-10994)

Dear Clerk:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Thomas, who on July 25, 2024, extended the time to and including September 5, 2024.

    This letter has been sent to those designated on the attached notification list.

                                         Sincerely,

                                         **Scott S. Harris**, Clerk

                                         by

                                         Redmond K. Barnes
                                         Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. David Meir Zionts
Covington & Burlington LLP
850 Tenth Street, NW
Washington, DC  20001


Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

