IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN D. CARSON, SR., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 4:17-cv-00237-RSB-CLR<br>) |
| MONSANTO COMPANY, | )<br>) |
| Defendant. | )<br>) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice of the remaining count (Count II) of Plaintiff's Complaint. Each party will bear their own costs. The parties respectfully request that the Court close the case.

Dated: September 13, 2024.        Respectfully submitted,

/s/ Ashleigh R. Madison
Ashleigh R. Madison (GA Bar No. 346027)
SOUTHEAST LAW, LLC
2107 Bull Street
Savannah, GA 31401
Telephone: (912) 662.6612
Email:    southeastlaw@gmail.com

*Counsel for Plaintiff John D. Carson, Sr.*

/s/ Michael J. Thomas
Michael J. Thomas (GA Bar No. 705755)
PENNINGTON, P.A.
215 S. Monroe Street, Suite 200
Tallahassee, FL 32301
Telephone: (850) 222-3533
Email: mike@penningtonlaw.com

*Counsel for Defendant Monsanto Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March 2021, the foregoing was filed with the Clerk of the Court through the CM/ECF system, which will generate an electronic notification and effect service on all counsel of record.

/s/ Martin C. Calhoun
*Counsel for Defendant Monsanto Company*